UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-61995-RAR

**GLORIA M. GAVIRIA**, *individually and on behalf of all others similarly situated*,

    Plaintiff,

v.

**NEWREZ LLC** d/b/a **SHELLPOINT MORTGAGE SERVICING**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice, [ECF No. 12] ("Notice"), filed on December 22, 2023. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. Each party shall bear their own attorneys' fees and costs. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 22nd day of December, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**